# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

Cassandra R. Jones )
1616 Winslow St )
Racine, WI 53404 )
(262) 939-7501 )
)
)
(Full Name of Plaintiff or Plaintiffs) )
)
vs )
Palermo Villa )
_____ )
_____ )
_____ )
_____ )
(Full Name of Defendant or Defendants) )

U.S. DISTRICT COURT
EASTERN DISTRICT-WI
FILED

2013 OCT 25 P 2:00

JON A. SANFILIPPO
CLERK

13-C-1202

Case No. _____
(Supplied by Clerk)

## COMPLAINT

### I. PREVIOUS LAWSUITS

A. Have you begun other lawsuits in state or federal court relating to the same occurrence involved in this action?
   ☐ YES   ☒ NO

B. Have you begun other lawsuits in state or federal court?
   ☐ YES   ☒ NO

C. If your answer to A or B was YES, provide the requested information below. If there is more than one lawsuit, describe each additional one on a separate sheet of paper, using the same outline.

   1. Parties to the previous lawsuit

      Plaintiff(s) _____

      _____

      Defendant(s) _____

      _____

      _____

   2. Court in which lawsuit brought (if federal court, name district: if state court, name the county)

      _____

3.  Docket number _____

4.  Current status (for example: Was the case dismissed? Was it appealed? Is it still pending)?

    _____

    _____

5.  Approximate date of filing lawsuit _____

6.  Approximate date of disposition _____

## II. PARTIES

A.  Your name (PLAINTIFF) *CASSANDRA R. Jones*

    _____

B.  Your Address and Phone Number *1616 Winslow St Racine, WI 53404*
    (If there is more than one plaintiff, use the margin for extra space if you need it. List the address only if it is different from the address listed above).

C.  DEFENDANT (name) *Palermo Villa*
    *3301 W. Canal St. Mi*

D.  Defendants address *3301. W Canal St. Milwaukee, WI 53208*

E.  Additional DEFENDANTS (names and addresses) _____

    _____

    _____

    _____

## III. STATEMENT OF CLAIM (follow instructions carefully)

State briefly as possible the *essential facts* of your case. Tell what each defendant did to you that caused you to file this suit against them. If you are complaining about more than one wrong, use a separate **numbered** paragraph for each wrong, and describe each wrong in that paragraph and only that paragraph. State only the facts. *Do not give any legal theories or arguments, do not cite any cases or statutes. Do not feel you have to use all the space.* USE NO MORE THAN THE SPACE PROVIDED. THE COURT STRONGLY DISAPPROVES OF STATING CLAIMS OUTSIDE THE SPACE PROVIDED.

Begin statement of claim: I would like to file a complaint as I believe that I was discriminated against by Palermo Villa for having a disability of migraine headaches. I feel that I was retaliated against because I told Palermo Villa I was going to file a complaint with the EEOC. I was also harrassed by Palermo Villa on several occaisons. Discriminated against by Palermo Villa and Don Betters as he stated, "I was missing work because of my lifestyle." This is race and gender discrimination.

Discrimination based on race, gender, retaliation, and disability act.

## STATEMENT OF CLAIM-Continued

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Revised 05/2013

Civil Rights Complaint
Pro Se Form
Page 5

## **STATEMENT OF CLAIM**-Continued

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

END STATEMENT OF CLAIM

Revised 05/2013

## IV.  RELIEF YOU REQUEST

State exactly what you want the court to do for you.  Make no legal arguments.  Cite no cases or statutes.
DO NOT USE THIS SPACE TO STATE THE FACTS OF YOUR CLAIM.  USE IT ONLY TO REQUEST
REMEDIES FOR THE INJURIES YOU COMPLAIN ABOUT.  Use only the space provided.  The court
strongly disapproves of requesting remedies outside the space provided.

I want my job back and compensated for being discriminated against based on race, gender, retaliation, harrassment, and the disabilities Act (migraine headaches). Also, compensation for time away from job and attorneys fees.

I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this ___25___ day of _October_ _2013_.

_____

_____
(Signature of Plaintiff(s))