# United States District Court
## Eastern District of Wisconsin

### JUDGMENT IN A CIVIL CASE

**CASSANDRA R. JONES,**

        **Plaintiff,**

v.                              Case No. 13-CV-1202

**PALERMO VILLA, INC.,**

        **Defendant.**

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came before the court, the issues have been decided and a decision has been rendered.

**NOW, THEREFORE, IT IS ORDERED** that the above-captioned case is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute.

Approved:   *s/Nancy Joseph*
NANCY JOSEPH
United States Magistrate Judge

Dated: May 16, 2014.

JON W. SANFILIPPO
Clerk of Court

*S/ Diane Dimiceli*
(By) Deputy Clerk